United States District Court
District of Massachusetts.

FILED
IN CLERKS OFFICE
2003 DEC 12  A 10:56
U.S. DISTRICT COURT
DISTRICT OF MASS.

ALFREDO GABRIEL ESPINAL TORRES
A-FILE # 74779277   DATE OF BIRTH - 1-11-60

NATIONALITY: Honduras C.A.

Petitioner    03-12505

Joseph F. McDonough    Referred to MJ RB Collings
Sheriff of Plymouth County.
My Immediate Custodian.

Department of Homeland Security
Steven J. Farquharson
District Director Custodian.

Application for Federal Writ of Habeas Corpus.
Under 28 U.S.C § 2241

1° I am presently confined at the Plymouth county correctional facility

2° The Bases of my Petition:
continued Detention in the Custody of The Department of Homeland Security, Bureau of Immigration & Customs Enforcement.

I am in Custody for INS from June 19, 2003 its now Dec 11 2003. I am not understanding why I am not being deported back to Honduras it's now going 6 months.
    I have cooperated fully with the INS I have giving them all my travel documents. My family has been in contact with the consular of Honduras and nobody seems to know what is going on could some body be so kind to look in to matter