UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFREDO GABRIEL ESPINAL-TORRES,) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> STEVEN FARQUARSON, and ) <br> JOSEPH F. MC DONOUGH, ) <br> Respondents. ) | CIVIL ACTION NO. <br> Docket # 03-12505-RGS |

## NOTICE OF SCHEDULING OF REMOVAL

The instant habeas Petitioner has complained that his removal to Honduras has been unduly delayed. Now comes the Respondent to provide notice to the court that the Petitioner has been scheduled for removal on or about January 7, 2004.

By his attorneys,

MICHAEL J. SULLIVAN
United States Attorney

MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3136

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the Petitioner, Alfred Gabriel Espinal Torres, Plymouth County Correctional facility, 26 Long Pond Road, Plymouth, MA 02360, id # 35381 E3 E312 by mail on this 2nd day of January 2004.

Mark J. Grady
Assistant U.S. Attorney